Thomas J. **BARTELHO**, Petitioner, Appellant,

v.

**UNITED STATES**, Respondent, Appellee.

No. 00–1436.

United States Court of Appeals, First Circuit.

July 16, 2001.

Thomas J. Bartelho, on brief pro se.

Jay P. McCloskey, United States Attorney, and F. Mark Terison, Senior Litigation Counsel, on brief for appellee.

Before TORRUELLA, Circuit Judge, BOWNES and STAHL, Senior Circuit Judges.

PER CURIAM.

Thomas J. Bartelho appeals the district court's judgment denying his motion filed pursuant to 28 U.S.C. § 2255. We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the district court's order, dated January 3, 2000.

*Affirmed.*